```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                -v-                      :      10cr318 (DLC)
                                         :
ADRIAN FOX,                              :         ORDER
                     Defendant.          :
                                         :
---------------------------------------- X
```

The parties having requested on March 25, 2021 the preparation of a pre-plea PSR and the scheduling of sentence, it is hereby

ORDERED that the parties' request is granted. The Probation Department shall promptly prepare a pre-plea PSR. Defense counsel shall cooperate with the Probation Department for the scheduling of the defendant's first interview to occur within two weeks of the date of this Order.

IT IS FURTHER ORDERED sentencing is set for June 25, 2021 at 3:00 PM. Any pre-sentence submissions from the defendant shall be filed no later than June 11. The Government's submission is due June 18.

SO ORDERED:

Dated:   New York, New York
         March 26, 2021

_____
DENISE COTE
United States District Judge