

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2021

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: ***United States v. Adrian Fox, a/k/a "Baldhead,"* 10 Cr. 318 (DLC)**

Dear Judge Cote:

    The Government submits this letter on behalf of both parties respectfully to request a short adjournment of the combined change-of-plea and sentencing proceeding (the "Proceeding"), currently scheduled for June 25, 2021. The Government understands that the June 25th date would be difficult logistically for the Department of Homeland Security (DHS) agents who are responsible for paroling the defendant into this country. The Government further understands that the Court is available on July 9th to conduct the Proceeding. After consultation with DHS and with defense counsel, the Government was informed that all parties are available on July 9th and that DHS would be prepared to arrange for the defendant's parole for the Proceeding on that date.

    Accordingly, the Government respectfully requests that the Court reschedule the Proceeding to July 9, 2021.

                                   Respectfully Submitted,

                                   AUDREY STRAUSS
                                   United States Attorney

by: *[signature]*
      Michael R. Herman
      Assistant United States Attorney
      (212) 637-2221

*[Handwritten note:]* The proceeding is scheduled for September 15, 2021 at noon. /s/ Denise Cote / May 20, 2021