```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :    10cr318-2 (DLC)
            -v-                         :
                                        :        ORDER
ADRIAN FOX,                             :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record on October 15, 2021, it is hereby

ORDERED that the defendant Adrian Fox (D.O.B. 1/12/1969) is sentenced to time served.

Dated:   New York, New York
         October 15, 2021

                              _____
                                       DENISE COTE
                              United States District Judge